UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE C. WELLS,<br>    Plaintiff,<br>v.<br>CDCR EMPLOYEES, et al.,<br>    Defendants. | Case No. 19-07932 EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against employees at "CHCF (Stockton)" which refers to the California Health Care Facility in Stockton. (Docket No. 1 at 1-2.) Because defendants appear to reside in and the acts complained of occurred in San Joaquin County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

///

**IT IS SO ORDERED.**

Dated: __12/11/2019__          _____

                                          EDWARD J. DAVILA
                                        United States District Judge

Order of Transfer
PRO-SE\EJD\CR.19\07932Wells_transfer (ED)